IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wooten, Henry R | Case Number: 05 B 26845 |
|---|---|---|
| | Wooten, Wanda M | Judge: Wedoff, Eugene R |
| | Printed: 9/23/08 | Filed: 7/6/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: September 4, 2008
Confirmed: August 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 13,973.65 | |
| Secured: | | 8,867.40 |
| Unsecured: | | 528.64 |
| Priority: | | 0.00 |
| Administrative: | | 2,894.00 |
| Trustee Fee: | | 753.68 |
| Other Funds: | | 929.93 |
| Totals: | 13,973.65 | 13,973.65 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,894.00 | 2,894.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Americredit Financial Ser Inc | Secured | 8,011.66 | 8,011.66 |
| 4. | Chase Home Finance | Secured | 1,725.30 | 855.74 |
| 5. | Nicor Gas | Unsecured | 17.79 | 17.79 |
| 6. | Americredit Financial Ser Inc | Unsecured | 342.95 | 342.95 |
| 7. | Asset Acceptance | Unsecured | 167.90 | 167.90 |
| 8. | Acme Credit Union | Unsecured | | No Claim Filed |
| 9. | Harris & Harris | Unsecured | | No Claim Filed |
| 10. | Check Protection System | Unsecured | | No Claim Filed |
| 11. | Pay Day Loans | Unsecured | | No Claim Filed |
| 12. | One Iron Ventures | Unsecured | | No Claim Filed |
| 13. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 14. | Specialized Card Services | Unsecured | | No Claim Filed |
| | | | $ 13,159.60 | $ 12,290.04 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 191.13 |
| 5% | 21.74 |
| 4.8% | 65.54 |
| 5.4% | 145.80 |
| 6.5% | 329.47 |
| | $ 753.68 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Wooten, Henry R                    Case Number:  05 B 26845
        Wooten, Wanda M                   Judge:  Wedoff, Eugene R
        Printed:  9/23/08                        Filed:  7/6/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

    Marilyn O. Marshall, Trustee, by:


_____